**ORDERED ACCORDINGLY.**

Dated: December 17, 2010



_____
**GEORGE B. NIELSEN, JR
U.S. Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| In re: ) | Chapter 7 |
| ) | |
| LEONARD EDGAR RICHARDSON, ) | Case No. 2:09-19496-GBN |
| ) | |
| Debtor. ) | |
| _____) | |
| ) | |
| DAVID BIRDSELL, Trustee, ) | Adversary No. 2:09-ap-01509 |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | JUDGMENT |
| ) | |
| LEONARD EDGAR RICHARDSON, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

The court finds and concludes that plaintiff's complaint is sustained and debtor will be denied a discharge in the above referenced bankruptcy case. The Clerk will close this adversary file.

ORDERED ACCORDINGLY.

Copies emailed this 20th day
of December, 2010, to:

Terry A. Dake
TERRY A. DAKE, LTD.
11811 N. Tatum Blvd., #3031
Phoenix, AZ 85028-1621
Email: tdake@cox.net
Attorney for Plaintiff

| | |
|---|---|
| 1 | Lawrence "D" Pew<br>PEW LAW CENTER, PLLC |
| 2 | 1811 S. Alma School Road<br>Suite 260 |
| 3 | Mesa, AZ 85210<br>Email: ldpew@pewlaw.com |
| 4 | Attorney for Defendant |
| 5 | By:/s/Rachael M. Stapleton<br>    Judicial Assistant |
| 6 | |
| 7 | |
| 8 | |
| 9 | |
| 10 | |
| 11 | |
| 12 | |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |